OPINION — AG — THE OKLAHOMA BOARD OF EMBALMERS AND FUNERAL DIRECTORS IS AUTHORIZED BY OKLAHOMA LAW TO GRANT AND ISSUE LICENSES TO FUNERAL SERVICE ESTABLISHMENTS FOR THE LIMITED PURPOSE OF THE CARE AND PREPARATION FOR BURIAL OR TRANSPORTATION OF DEAD HUMAN BODIES TO LICENSED FUNERAL ESTABLISHMENTS INSIDE AND OUTSIDE THE STATE OF OKLAHOMA. CITE: 59 O.S. 1971 396 [59-396], 59 O.S. 1971 396.3 [59-396.3], 59 O.S. 1971 396.2 [59-396.2] (LARRY D. BARNETT)